**808**

**Eleta Mae HOWARD**

v.

**Thomas B. HOWARD.**

Court of Appeals of Kentucky.

May 18, 1973.

A. Dale Bryant, Jackson, for appellant.

Thomas S. Miller, Jackson, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

**Ferril S. SLEDGE and wife, Jeanette Sledge, Appellants,**

v.

**WARREN COUNTY REALTY COMPANY and D. C. Riley, Appellees.**

Court of Appeals of Kentucky.

May 18, 1973.

William J. Rudloff, Harlin, Parker, Lucas & English, Bowling Green, for appellants.

Joe B. Orr and Joe B. Campbell, Bell, Orr, Ayers & Moore, Bowling Green, for appellees.

Opinion of the Court by Special Commissioner J. PAUL KEITH, Jr., Affirming.*

**Patricia J. THACKER, Administratrix of the Estate of Alvie Thacker, Deceased, Appellant,**

v.

**TACKETT AND MANNING COAL CORP., Appellee.**

Court of Appeals of Kentucky.

May 18, 1973.

Cordell H. Martin, Hindman, for appellant.

Emmitt G. Fields, Harry M. Caudill, Whitesburg, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

**Leon MELTON, Appellant,**

v.

**William J. LILE et al., Appellees.**

Court of Appeals of Kentucky.

May 22, 1973.

Cecil Davenport, Louisville, for appellant.

Raymond L. Suell, Louisville, for appellee William J. Lile.

J. Bruce Miller, County Atty., Louisville, for appellee James Hallahan.

Ed W. Hancock, Atty. Gen., Frankfort, for appellee Thelma Stovall.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.